# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED OCTOBER 17, 2025

---

### NO. 03-23-00593-CV

---

**Stephen Sakonchick, II, Appellant**

**v.**

**Overlook at Rob Roy Owner, LLC, Appellee**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS
AFFIRMED AND PETITION FOR WRIT OF MANDAMUS DENIED --
OPINION BY JUSTICE ELLIS**

---

This is an appeal from the order signed by the trial court on August 31, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order of sanctions and denies the petition for writ of mandamus. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.